UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOHN LESLIE DANIELS (#305327)           CIVIL ACTION

VERSUS

JEFF LANDRY, ET AL           20-107-SDD-EWD

## RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendations*[1] of United States Magistrate Judge Erin Wilder-Doomes dated August 10, 2022, to which no objection was filed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS HEREBY ORDERED** that the Petition Under 28 U.S.C. §2254 for Writ of Habeas Corpus by a Person in State Custody, filed by Petitioner John Leslie Daniels, is DISMISSED WITH PREJUDICE.

**IT IS FURTHER ORDERED** that a certificate of appealability is denied if Petitioner seeks to pursue an appeal.

Signed in Baton Rouge, Louisiana the 14 day of February, 2023.

          CHIEF JUDGE SHELLY D. DICK
          UNITED STATES DISTRICT COURT
          MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 12.